AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Alyssa Mays<br>*Plaintiff*<br>v.<br>The Hain Celestial Group, Inc.<br>*Defendant* | )<br>)<br>) Case No. 2:21-cv-805-SJF-SIL<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant The Hain Celestial Group, Inc.                                         .

Date:   03/04/2021

/s/ Michael W. Ross
*Attorney's signature*

Michael W. Ross
*Printed name and bar number*

Jenner & Block LLP
919 Third Avenue
New York, NY 10022
*Address*

mross@jenner.com
*E-mail address*

(212) 891-1600
*Telephone number*

(212) 891-1699
*FAX number*