**919 THIRD AVENUE, NEW YORK, NY 10022**

# JENNER&BLOCK LLP

March 4, 2021

Michael W. Ross
Tel  +1 212 891 1600
mross@jenner.com

**VIA ECF**

The Honorable Steven I. Locke
United States Magistrate Judge
U.S.D.C., Eastern District of New York
100 Federal Plaza, Courtroom 820
Central Islip, NY 11722

Re:     *Mays v. Hain Celestial Group, Inc.*, Case No. 2:21-cv-805-SJF-SIL
        Letter Motion for Continuance of Deadline to File Responsive Pleading

Dear Judge Locke:

I represent Defendant The Hain Celestial Group, Inc. in the above-referenced action.

Pursuant to Section 2.B of this Court's Individual Practice Rules, I write to request a 43-day continuance of Hain Celestial's deadline to file a responsive pleading from March 11, 2021 until April 23, 2021.  Hain Celestial seeks this extension so that it can have additional time to investigate the factual allegations set forth in Plaintiff's complaint and consider whether, and how, this lawsuit should be coordinated with the numerous other lawsuits pending in federal courts around the country concerning the alleged presence of heavy metals in certain of Hain Celestial's baby foods.

This is Hain Celestial's first request for an extension or adjournment of any kind, and the extension will not affect any pending deadlines set by Court order.  My colleagues have conferred with counsel for Plaintiff, Gary Mason, who has confirmed that Plaintiff consents to the extension sought herein.

Respectfully submitted,

/s/ Michael W. Ross
        Michael W. Ross